(No. 6348-

BONGI CARTAGE, INC., Claimant, *vs.* STATE OF ILLINOIS, DIVISION OF WATERWAYS, Respondent.

*Opinion filed March 24, 1972.*

VINCENT ALFIERI, Attorney for Claimant.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

PERLIN, C.J.